UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **HARMANPREET SINGH** | **CASE NO. 6:26-CV-00339 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **GEO GROUP INC ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

Presently before the Court is the Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 2] in which the Petitioner is entitled to a bond hearing pursuant to 8 U.S.C. § 1226. The legal issues presented in the Motion were recently addressed by the Fifth Circuit in the case of *Buenrostro-Mendez v. Bondi*.[1] For the reasons set forth in that decision,

IT IS ORDERED THAT the Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 2] is DENIED.

THUS DONE in Chambers on this 25th day of February, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] ___ F.4th ___, 2026 WL 323330 (5th Cir. Feb. 6, 2026).